IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 DEC -4 A 9:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Cedric Davis 233423
Full name and prison number
of plaintiff(s)

v.

Asst. Warden Carter Davenport
Sgt. Wright, Ofc. Foster
MH Mrs. Jemeka Caffie
MH Ms. Foster
MH Nurse McKinnon
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:07-CV-1061-WKW
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES (  )   NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES (  )   NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____N/A_____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional 200 Wallace Dr Clio, AL 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling Correctional_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                    ADDRESS 200 Wallace Dr Clio, Al

1. _Asst. Warden Carter Davenport_     _Easterling Corr._
2. _Sgt. Wright_ 200 Wallace Dr Clio Al  _Easterling Corr._
3. _Ofc. Foster_ 200 Wallace Dr Clio Al  _Easterling Corr._
4. _MH Mrs. Jemeka Caffie_               _Easterling Corr._
5. _MH Ms. Foster_ 200 Wallace Dr Clio Al _Easterling Corr._
6. _MH Nurse McKinnon_                   _Easterling Corr._

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _October 3rd 2007, 10-5-07_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _The Defendant's negligent act constitutes a violation of my 8th amendment of the United_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

States Constitution. See Affidavit and Attestation.

GROUND TWO: _See Affidavit and Attestation_

SUPPORTING FACTS:

GROUND THREE: _See Affidavit and Attestation_

SUPPORTING FACTS:

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I request for a trial by jury or by court, so that this Court may be able to see that the defendants violated my 8th amendment. I request to be Transferred. See Attached list of Damages.

_Cedric Davis_
Signature of plaintiff(s)

I declare, under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-26-07 .
(Date)

_Cedric Davis_
Signature of plaintiff(s)

4

# LIST OF DAMAGES

Stress $15 Thousand

Emotional $15 Thousand

Tort and Negligences $25 Thousand

Physical Indury $20 Thousand

Punitive and Compensation Damages $20 Thousand

Plaintiff request that he be rewarded $30 Thousand from each Defendant, as well as $15 Thousand for Stress damages, as well as $15 Thousand for emotional damages, as well as $25 Thousand for Tort and Negligence, as well as $20 Thousand for Physical Indury, as well as $20 Thousand Punitive and Compensation damages. Plaintiff also request To be Tranferred to The Fountain Correctional Facility in Atmore, Alabama.

# AFFIDAVIT AND ATTESTATION

My name is Cedric Davis, and I am over the age of 21 as of the commencement of this filling. At all time relevent hereto, I who attest to the facts are and were confined to the Easterling Correctional Facility in the City of Clio, Barbour County Alabama. At all time relevent hereto, the Defendants were and are employed by the Alabama Department of Corrections.

On or about October 3rd 2007, Plaintiff was an Inmate at Easterling Correctional in Clio, Alabama and was being housed in the administration building, Isolation Cell Suicide Watch.

That on said date, Plaintiff attempted Suicide while in Isolation Cell, by placing a string around his neck, and Defendant Officer Foster was the Officer assigned to the administration building at that time.

That while Plaintiff was making Suicide attempt Defendants Officer Foster, Mrs. Caffie, Ms. Foster, and Ms. McKinnon stood by laughing and making jokes.

That Plaintiff was stopped by Defendants Officer Foster and Sgt. Wright and placed in handcuffs and taken to Defendant McKinnon for body chart to document Injuries.

That while Plaintiff was being checked out by Nurse McKinnon Defendant Davenport walked up asking what happened, He was told by Defendant McKinnon what happened, and she Defendant McKinnon then stated to Defendant Davenport that she being Mental Health Nurse, believed that the Plaintiff needed to be placed in the HealthCare Isolation Cell under

Pg 1

Close watch. Then Defendant Davenport told Nurse McKinnon that Plaintiff would be placed back in the cell from which he came, and that Plaintiff is not suicidal. Then Defendant Davenport starts taunting the Plaintiff and telling him that he is not suicidal and that the Mental Health Personnel was trying to help him the Plaintiff, but all he Defendant Davenport wanted to do was be a butthole to the Plaintiff.

That Defendant's placed Plaintiff in segragation unit with other Inmates while Plaintiff was still suppose to be on suicide watch and Plaintiff was able to obtain a razor and cut his wrist.

The Defendant's negligently and wantonly allowed the Plaintiff to be placed in an unsafe enviroment so that he could be injured.

That due to the Defendant's negligence Plaintiff was able to get a razor while on suicide watch and injure himself.

That Defendant's owed Plaintiff a duty of care, That Defendants breached that duty, and Plaintiff was injured as a result of that breach.

However, by placing the Plaintiff in the unit around other Inmates, Defendant's negligent act constituted cruel punishment, because Plaintiff was on suicide watch and there was no one to watch and make sure that he did not injure himself.

Pg 2

LEGAL USE ONLY

The Defendant's negligent act constituted cruel and unusual punishment, because their acts were done maliciously, sadistically, wantonly, and without care to cause harm to the Plaintiff.

The Defendant's actions constitutes a violation of the cruel and unusual punishment clause of the United States Constitution and the Plaintiff has suffered severly because of this cruel and negligent act. I have suffered physical injury with permanent scars and lost of blood, I suffer mentally from the taunting where I can't sleep and I wake up all hours of the night hearing and seeing the Defendant's laughing at me, I'm taking medication now for depression.

## JURISDICTION OF THE COURT

1. This Court has Jurisdiction over the Plaintiff's claim of Violation under 42 USC 1331(a) and 1334.

2. This Court has supplemental Jurisdiction over the Plaintiff's State Tort Claims under 28 USC 1367

3. This Court has supplemental Jurisdiction over Plaintiff's Negligence claim.

4. The was being housed at the Easterling Correctional Facility in Clio, Barbour County Alabama during the filing and time of the events described in the complaint.

5. The Defendant's were employed by the Department of Corrections, Easterling Correctional Facility. They are being sued in their Individual and Official capacity.

Pg 3

## RELIEF SOUGHT

The Defendant's actions constitutes negligence and cruel and unusual punishment, because their actions were done wrongfully, willfully, and wantonly to cause harm to the Plaintiff, which was a violation of my 8th amendment, and the Plaintiff request to be transferred to Footain Correctional Facility in Atmore, Alabama. The Plaintiff also request the damages listed in his complaint.

## CONCLUSION

The Conclusion is that the Defendant's actions were done without reason, and constitutes an 8th amendment violation. The Plaintiff is entitled to the relief sought in his complaint.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Middle District by placing it into the Easterling Corr. Fac. Mail on 11-3-07

_Cedric Davis 233423_
Cedric Davis/Plaintiff

I Declare under Penalty of Perjury that the foregoing is true and correct.

Executed on 11-3-07

_Cedric Davis 233423_

Pg 7

Alabama Middle District Court
P.O. Box 711
Montgomery, Al 36101

Cedric Davis 233423 B-8
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."