IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

_Cedric Davis_
Plaintiff(s)

vs.

_Asst Warden Carter Davenport_
Defendant(s)

RECEIVED
2007 DEC -4 A 9:41
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07-cv-1061-WHA

I, _Cedric Davis_, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )  NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   _N/A_

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )  NO (X)

   B. Rent payments, interest or dividends?  YES ( )  NO (X)

   C. Pensions, annuities or life insurance payments?  YES ( )  NO (X)

   D. Gifts or inheritances?  YES ( )  NO (X)

   E. Any other sources?  YES ( )  NO (X)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

   _____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (X)

   If the answer is YES, state the total value of the items owned.

   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (X)

   If the answer is YES, describe the property and state its approximate value.

   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _LaCedric Davis(Son) Tyler Towner(Son) Mercedes Davis (Daughter) Tariq Davis(Son)  No Support At this Time_

   _____

   _____
   Signature of Affiant

STATE OF ALABAMA       )
COUNTY OF _Barbour_    )

   Before me, a notary public in and for said County, in said State, personally appeared _Cedric Davis_, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

   _____
   Signature of Affiant

   Sworn to and subscribed before me this _30_ day of _Nov_, 2007.

   _____
   Notary Public

   _State at Large_ County, Alabama

O R

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  *Nov 26 2007* .
            (date)

_____ *Cedric Davis* _____
             Signature of Affiant  *233423*

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ *.07* on account to his credit at the *Easterling* institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

*See attached*

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _____   on the 1st day of _____
2. $ _____   on the 1st day of _____
3. $ *See attached*    on the 1st day of *See attached*
4. $ _____   on the 1st day of _____
5. $ _____   on the 1st day of _____
6. $ _____   on the 1st day of _____

*See attached*

_____ *Yolanda Doran* _____
       Authorized Officer of Institution

DATE  *11/27/07*

```
                    DEPARTMENT OF CORRECTIONS
                     EASTERLING CORR FACILITY


AIS #: 233423      NAME: DAVIS, CEDRICK LAVONNE          AS OF: 11/27/2007

                       # OF         AVG DAILY         MONTHLY
             MONTH     DAYS         BALANCE           DEPOSITS
------------------------------------------------------------------------

             NOV        3           $0.00             $0.00
             DEC       31           $0.00             $0.00
             JAN       31           $0.00             $0.00
             FEB       28           $0.00             $0.00
             MAR       31          $11.69            $20.14
             APR       30          $20.80             $5.00
             MAY       31          $18.01             $0.00
             JUN       30           $5.41            $30.00
             JUL       31           $0.07             $0.00
             AUG       31           $0.07             $0.00
             SEP       30           $0.07             $0.00
             OCT       31           $0.07             $0.00
             NOV       27           $0.07             $0.00
```