IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Cedric Davis, #233423
   Plaintiff

V.

Asst Warden Carter Davenport,
   Defendant,

CIVIL Action No:
2:07-CV-1061-WRA

## MOTION FOR INTERROGATORIES PRIOR TO SPECIAL REPORT

Comes now the Plaintiff Cedric Davis, Moves into this Honorable Court Pro-se Passuant to Rule 268 3 Fed. R. Civ. Proc. Present his Interrogatories direct at all of the Defendant's who should answer these Interrogatories under oath within (20) days of recieving them:

## INTERROGATORIES

1. List your full names and how old you are?

2. How long have you been a resident of Alabama?

3. List your complete educational background, including any special classes or training? Produce clear copies of all documents.

4. How long has each Defendant been employed by the A.D.O.C. at the facility which you work?

5. Each Defendant list how long they have been in the feild in which they are employed

1

LEGAL USE ONLY

6. Has any Defendant had a serious complaint or complaint filed against them by anyone during their employment? If yes, please produce clear and complete copies of complaints.

7. What is the Mental Health Personell's duty at the A.D.O.C. Easterling Correctional Facility?

8. What is the protocol if someone attempts suicide?

9. Does Mental Health or whom decides if a person is actually suicidal at Easterling Correctional Facility?

10. When the statement that Mental Health was trying to help me, but I'm only being a butthole, who made that statement?

11. Who taunted and made jokes about me while Nurse McKinnon was doing my body chart on October 3rd, 2007?

(Questions for Defendant Davenport)

12. Did the Mental Health Nurse tell you that I needed to be placed into the Health Care unit under close watch?

13. Did you state to me that the Mental Health Personell was trying to help me, but all you were doing was being a butthole to me?

2

14. Did you Taunt and Pick at me in front of the Mental Health Personell?

15. Did you order me placed in the Segragation unit after the Mental Health Personell Norse McKinnon Told you that I Needed to be Placed in the Health Care and Watched Closely?

16. Did you Tell Nurse McKinnon that your decision was final after she Told you that I was in Need of Close Supervision?

17. Are you a Part of the Mental Health Personell?

(Questions For Defendant McKinnon)

18. Did you Tell Mr. Davenport after I attempted Suicide That I Needed To be Put in the Health care for to be Watched Close So that I would not hurt myself?

19. Did Defendant Davenport Tell you that I was to be Placed back into the cell from which I came, and that his decision was final?

20. Did you believe that I would Try to hurt myself, is the reason you said that I Should be Placed in the Health Care under Close watch?

3

21. What was your response to Defendant Davenport's statement, that I needed to be placed back into the cell that I came out of, and that his decision was final?

Each may answer the Interrogatories on seperate sheets of paper within (20) days of recieving them.

Wherefore, the Plaintiff prays that this Honorable Court will order the Defendant's to answer the Interrogatories within (20) days of recieving them.

*Cedric Davis*

### CERTIFICATE OF SERVICE

I hereby Certify that I have served a copy of the foregoing upon the Middle District by placing it into the Easterling Corr. Fac. Mail on 11-3-07

*Cedric Davis 233423*
Cedric Davis/Plaintiff

4