IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF ALABAMA

Cedric Davis # 233423

V.

Asst. Warden Carter Davenport

CIVIL ACTION NO:
2:07-CV-1061-WKW

## MOTION FOR DISCOVERY PRIOR TO SPECIAL REPORT

Comes now the Plaintiff Cedric Davis, Moves into this Honorable Court Pursuant to Rule 26 Fed. R. Civ. Proc. The Plaintiff Submits the following:

1. The Plaintiff would like Body Charts and any and all Mental Health and Health Care records from October 3rd 2007 until this filing of this Complaint.

2. The Plaintiff would also like the incident reports pertaining to the events of October 3rd 2007 and any Incident report thereafter.

Wherefore, The Plaintiff request that the Defendant's forward the above within (20) days of recieving this motion.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Middle District by placing it into the Easterling Corr Fac. Mail on 11-3-07

Cedric Davis
Cedric Davis / Plaintiff