IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC DAVIS, #233423, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1061-WHA |
| | ) |
| CATER F. DAVENPORT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for discovery prior to special report filed by the plaintiff on December 4, 2007 (Court Doc. No. 4), and for good cause, it is

ORDERED that:

1. This motion be and are hereby GRANTED to the extent that the plaintiff seeks *access* to his prison file and institutional medical records.

2. This motion be and are hereby DENIED in all other respects.

3. On or before January 7, 2008, the defendants shall allow the plaintiff to inspect and/or copy all documents contained in his inmate file and prison medical records which are within the care, custody or control of the defendants. **The plaintiff is hereby informed that neither prison officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. **Thus, if the plaintiff seeks to obtain photocopies of documents contained in his medical records, he must make prepayment to the appropriate official of all costs related to**

**producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **The plaintiff is therefore cautioned that *no further orders will be entered* requiring additional access to his medical records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

Done this 6th day of December, 2007.

                                   /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE