IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC DAVIS, #233423, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1061-WHA |
| | ) |
| CATER F. DAVENPORT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for interrogatories prior to special report filed by the plaintiff on December 4, 2007 (Court Doc. No. 3), and as the relevant information sought in such interrogatories will be provided by the defendants in their special reports, it is

ORDERED that this motion be and is hereby DENIED.

Done this 6th day of December, 2007.

　　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE