IN THE DISTRICT COURT OF THE UNITED
STATES FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

CEDRIC DAVIS, 233423
    Plaintiff,

v.   CIVIL ACTION No. 2:07-CV-1061-WHA

CATER F. DAVENPORT, et al.,
    Defendants.

## MOTION TO HOLD IN CONTEMPT

Comes now the Plaintiff Cedric Davis, here-in-after, Plaintiff moves into this Honorable Court, a Motion to hold all of the defendants in Contempt and that a Summary Judgement be granted in favor of the Plaintiff for the following reasons:

1. The defendants have a Total disregard for the rulings of this Honorable Court.

2. This Honorable Court sent out an order dated December 6, 2007 granting the Plaintiff's motion for discovery, stating "on or before January 7, 2008 the defendants shall allow the Plaintiff to inspect and/or copy all documents contained in his inmate file and Prison medical records which are within the care, custody, or control of the defendants."

3. The defendants are withholding crucial evidence that the Plaintiff is entitled to by Law.

4. The defendants have Not complied with the order sent out on December 6, 2007.

Pg. 1

## CONCLUSION

By not following the order of this Honorable Court the defendants are making a mokery of the justices and the laws of the State of Alabama and the United States of America.

## RELIEF SOUGHT

That all the defendants be held in contempt and ordered to pay the filling fees of this complaint, and the monetary damages that are sought in the complaint be granted to the Plaintiff from all defendants, and the Plaintiff be transferred to the Fountain Correctional Facility in Atmore, AL as sought in the original complaint.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Middle District Court of Alabama and all defendants by placing it into the Easterling Corr. Fac. Mailbox on January 8, 2008

Cedric Davis 233423

Cedric Davis 233423
Plaintiff

PS2

Cedric Davis 233923 13-7
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 361

08 JAN 2008 PM 2 T

OFFice of The Clerk
United States District Court
P.O. Box 711
Montgomery Alabama 36101-0711

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."