IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC DAVIS, #233423, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1061-WHA |
| | ) |
| CATER F. DAVENPORT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to hold in contempt filed by the plaintiff on

January 9, 2008 (Court Doc. No. 10), and for good cause, it is

ORDERED that on or before January 25, 2008 the defendants shall show cause why

this motion should not be granted.

Done this 10th day of January, 2008.

        /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE