IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC DAVIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:07-CV-1061-WHA-WC |
| CARTER DAVENPORT, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## MOTION FOR ENLARGMENT OF TIME

COME NOW the Defendants, Carter Davenport, Gerald Wright, and Charles Foster ("ADOC Defendants"), by and through the Attorney General for the State of Alabama, the Honorable Troy King, and Assistant Attorney General Jack Wallace, Jr. and respectfully move this Honorable Court for a thirty (30) day enlargement of time in which to file their Answer and Special Report. For grounds, the ADOC Defendants state as follows:

1. The Answer and Special Report for the ADOC Defendants are due today, January 15, 2008.

2. Due to the press of other matters, the undersigned has not been able to complete the Answer and Special Report.

3  The undersigned requires additional time to properly prepare the ADOC Defendants' response to Inmate Davis' allegations.

4. No party will be prejudiced by the granting of this request.

WHEREFORE, based on the foregoing, the undersigned respectfully requests a thirty (30) day enlargement of time in which to file the ADOC Defendants' Answer and Special Report.

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL

        /s/ *Jack Wallace, Jr.*
        Jack Wallace, Jr.
        ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of January, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same by first-class United States Mail, postage prepaid and addressed upon the following:

Cedric Davis
AIS 233423
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

        /s/ *Jack Wallace, Jr.*
        Jack Wallace, Jr.

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)