IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CEDRIC DAVIS** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:07-CV-1061-WHA-WC |
| **CARTER DAVENPORT, ET AL.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |
| | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COME NOW, *Carter Davenport, Gerald Wright, and Charles Foster*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    XX    This party is an individual, or

    XX    This party is a governmental entity (in official capacity), or

            There are no entities to be reported, or

            The following entities and their relationship to the party are hereby reported:

Reportable Entity                            Relationship to Party

_____ _____

_____ _____

_____ _____

_____ _____

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
ASSISTANT ATTORNEY GENERAL

# CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of January, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same by first-class United States Mail, postage prepaid and addressed upon the following:

Cedric Davis
AIS 233423
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)