**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

January 16, 2008

# NOTICE OF REASSIGNMENT

Re:   Cedric Davis v. Carter F. Davenport, et al.
      Civil Action No. #2:07-cv-01061-WHA

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #2:07-cv-01061-WKW.  This new case number should be used on all future correspondence and pleadings in this action.