IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC DAVIS, #233423, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1061-WHA |
| | ) |
| CATER F. DAVENPORT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for enlargement of time filed by the ADOC defendants (Court Doc. No. 12), and for good cause, it is ORDERED that:

1. The motion for enlargement of time be and is hereby GRANTED; and

2. The ADOC Defendants are GRANTED an extension from January 15, 2008 to and including February 14, 2008 to file their answer and special report.

Done this 16th day of January, 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE