IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC DAVIS
   Plaintiff,

V.

CARTER DAVENPORT, et Al.
   Defendants.

CASE NO. 2:07-CV-01061-WKW

## MOTION TO COMPEL DEFENDANTS TO ANSWER COMPLAINT OR BE HELD IN CONTEMPT

Comes Now the Plaintiff Cedric Davis, [here-in-after] Plaintiff, Moves into this Honorable Court, a Motion to Compel defendants, Sharon McKinnon, Jameka Caffie, and Ms. Foster ("MHP Defendants"), to answer the Plaintiff's Complaint as ordered by this Honorable Court, December 6, 2007, and file Special Report, within (10) days, or that they be held in contempt and Summary Judgement be granted in favor of the Plaintiff. For grounds the Plaintiff states as follows:

1. The Answer and Special Report for all defendants were due on, January 15, 2008.

2. The MHP defendants have failed to comply with an order of this Honorable Court twice. (See Motion filed by Plaintiff on January 8, 2008)

3. As stated in the order by this Honorable Court on December 6, 2007 "This Pleading cannot be properly and effectively processed by this Court without further additional information from the defendants."

4. The ADOC defendants, Carter Davenport, Gerald Wright, and Charles Foster, (Specifically) have filed a Motion for enlargement of Time, by and through The Attorney General for the State of Alabama, The Honorable Troy King and Assistant Attorney General Jack Wallace, Jr.

## CONCLUSION

This Honorable Court's orders are to be upheld, and by The MHP defendants not complying with the orders of this Honorable Court it seems that they think that the Justices, Laws, and orders of this The Honorable District Court of The United States for The Middle District of Alabama Northern Division is a Joke, and these MHP defendants and all Citizens and None Citizens should Take the orders of our Honorable Courts Seriously.

## RELIEF SOUGHT

That the MHP defendants, file an answer and Special Report to the Plaintiff's Complaint within (10) days or be held in Contempt and ordered to Pay fines imposed by the Courts, the filing fee of the Complaint, and the monetary damages sought in the original Complaint.

CERTIFICATE OF SERVICE

I hereby Certify that I have served a copy of the foregoing upon the Middle District Court of Alabama and MHP defendants by Placing it into the Easterling Corr. Fac. Mailbox on. January 18, 2008

Cedric Davis 233423

Cedric Davis 233423
Plaintiff

Cedric Lewis 233423 G-11
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 361
18 JAN 2008 PM 2 L



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."