IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC DAVIS, #233423, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1061-WHA |
| | ) |
| CATER F. DAVENPORT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel/hold in contempt filed by the plaintiff on January 22, 2008 (Court Doc. No. 19), and as defendants McKinnon, Caffie and Foster filed answers and special reports on January 15, 2008 (Court Doc. No. 14, Court Doc. No. 15 and Court Doc. No. 16), it is

ORDERED that this motion be and is hereby DENIED.

Done this 23rd day of January, 2008.

                                          /s/ Wallace Capel, Jr.
                                          WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE