IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC DAVIS | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 2:07-CV-1061-WHA-WC |
| CARTER DAVENPORT, ET AL. | ) ) |
| Defendants. | ) ) ) |

## RESPONSE TO COURT ORDER

COME NOW the Defendants, Carter Davenport, Gerald Wright, and Charles Foster ("ADOC Defendants"), by and through the Attorney General for the State of Alabama, the Honorable Troy King, and Assistant Attorney General Jack Wallace, Jr. and respectfully respond to this Honorable Court's Order to show cause why they should not be held in contempt, as follows:

1. The complaint was filed on 4 December 2007 and the Defendants were served on 6 December 2007. Service of the Defendants was first noted in PACER on 10 December 2007.

2. The Plaintiff moved for discovery at an extremely early stage of the litigation, to wit, 4 December 2007, the day that he filed his civil action and certainly before the Court had knowledge of whether the Defendants had even been served and were properly before the court. The Court just as quickly entered its order providing for discovery on 6 December 2007, arguably before the Defendants were even served with the summons and complaint.

3.  There does not appear upon the face of the order allowing discovery any indication that Court directed that the order be served upon the individual Defendants in any manner. Nor does PACER indicate that the order was in fact served upon the Defendants.

4.  Undersigned counsel was assigned this case on December 21, 2007, and received copies of the Plaintiff's complaint and the Court's Order for a Special Report from the Alabama Department of Corrections. He did not receive a copy of the Court's order of 6 December regarding discovery or the Plaintiff's motion from ADOC.

5.  Counsel was not served with a copy of the 6 December 2007 discovery order at the time that it was entered because he had not yet entered an appearance of counsel. In similar fashion, he was not served with the Plaintiff's contempt motion or the Court's show cause order in January because he had not yet entered an appearance of counsel. He only became aware of these orders when his assistant pulled a PACER docket sheet for this case as he began the preparation of the Special Report.

6.  As stated previously, there is no indication upon the face of the discovery order or appearing in PACER that this Honorable Court directed that the discovery order be served upon the individual Defendants or that the Clerk served the order upon the individual Defendants. Thus, to the best of the information and belief of counsel, the Defendants did not have notice of the order and therefore could not be reasonably expected to respond to an order of which Defendants and counsel had no knowledge.

7.  The Defendants further request that this Honorable Court take note of the fact that Defendants Wright and Foster are correctional officers and in that capacity, they are not the custodian of inmate records at the correctional facility and therefore do not have the authority or power to produce said records.

8. Upon discovery of the Order, the Office of the Attorney General contacted the prison and requested that Inmate Davis be allowed to review and/or copy (with prepayment of copying fees) his institutional and medical files.

9. The affidavit of Correctional Officer Cleveland Ewing is attached as Exhibit A. Inmate Davis's statement acknowledging that he was allowed to review and/or copy his institutional and medical files is attached to Officer Ewing's affidavit.

> Respectfully submitted,
>
> TROY KING
> ATTORNEY GENERAL
>
> /s/ *Jack Wallace, Jr.*
> Jack Wallace, Jr.
> ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 25th day of January, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same by first-class United States Mail, postage prepaid and addressed upon the following:

Cedric Davis
AIS 233423
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC DAVIS, #233423       )
   Plaintiff,              )
                                  )
VS.                         )
                                  )     CASE NO. 2:07-CV-1061-WHA
                                  )
CARTER F. DAVENPORT, et al.,)
   Defendant (s)           )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Cleveland L. Ewing, who being known to me and being by me duly sworn, deposes and says under oath as follows:

My name is Cleveland L. Ewing, and I am presently employed as Correctional Officer, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, Alabama, 36017. I am over twenty-one (21) years of age.

On January 16, 2008, Inmate Cedric Davis, B/233423, was allowed to review/inspect and make handwritten copies of his Medical and Institutional files. Due to Inmate Davis not having the funds in his PMOD account he was not allowed to make copies. Inmate Davis signed the memo stating that he was provided the opportunity to review/inspect and make copies of documents form his files (Exhibit #1).

                                                      /s/ Cleveland L. Ewing
                                                      CLEVELAND L. EWING

SWORN TO AND SUBSCRIBED TO before me this the 18th day of January, 2008.

                                                      /s/ Linda A. Wilkinson
                                                      NOTARY PUBLIC

My Commission Expires: 9/11/2011

DEFENDANT'S EXHIBIT A




# STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS

### EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
Clio, Alabama 36017-2615
334-397-4471

**Bob Riley**
Governor

**Richard F. Allen**
Commissioner

On January 16, 2008, I, Cedric Davis, was provided an opportunity to inspect/review my Medical and Institutional files in the presence of a Correctional Officer. I was allowed to attach post-it notes to each document which I desire to have copied at .50 cents per copy surface. I understand that I must submit a Funds Withdrawal slip to the Business Office prior to copies being made.

_Cedric Davis_ /233962/ /1-16-08_
Signature          /AIS#         /Date

_C L Emory CO_ /1/16/08_
Witness           /Date