IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC DAVIS, #233423, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1061-WHA |
| | ) |
| CATER F. DAVENPORT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to hold in contempt filed by the plaintiff on January 9, 2008 (Court Doc. No. 10), and in light of the response filed by the correctional defendants on January 25, 2008 (Court Doc. No. 21), it is

ORDERED that the motion to hold in contempt be and is hereby DENIED.

Done this 25th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE