**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CEDRIC DAVIS, #233423,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-CV-1061-WHA** |
| | ) | |
| **CARTER F. DAVENPORT, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

Comes now the Defendant identified in Plaintiff's Complaint as Ms. Caffie, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

XX    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

Reportable Entity                                    Relationship to Party

_____        _____

_____        _____

_____     _____

_____     _____

Respectfully submitted on this the 25th day of January, 2008.

> ***s/Nicholas P. Hebert***
> Nicholas P. Hebert - ASB-2631-038H
> Attorneys for Defendant Jameka Caffie
> SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
> 2450 Valleydale Road
> Birmingham, AL 35244
> Telephone: (205) 967-9675
> Facsimile: (205) 967-7563
> E-mail: hebert@sssandf.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CEDRIC DAVIS, #233423,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-CV-1061-WHA** |
| | ) | |
| **CARTER F. DAVENPORT, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**CERTIFICATE OF SERVICE**

---

This is to certify that on <u>January 25, 2008</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

Respectfully submitted,

*s/Nicholas P. Hebert*

_____
Nicholas P. Hebert - ASB-2631-038H
Attorneys for Defendant Jameka Caffie
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com