**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CEDRIC DAVIS, #233423,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 2:07-CV-1061-WHA |
| | ) |
| **CARTER F. DAVENPORT, et al.** | ) |
| | ) |
|    Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

Comes now the Defendant identified in Plaintiff's Complaint as MH Nurse McKinnon, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    XX    This party is an individual, or

    ☐    This party is a governmental entity, or

    ☐    There are no entities to be reported, or

    ☐    The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

Respectfully submitted on this the 25th day of January, 2008.

*s/Nicholas P. Hebert*
Nicholas P. Hebert - ASB-2631-038H
Attorneys for Defendant Nurse Shannon McKinnon
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
Telephone: (205) 967-9675
Facsimile: (205) 967-7563
E-mail: hebert@sssandf.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CEDRIC DAVIS, #233423,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    Case No.: 2:07-CV-1061-WHA |
| | ) |
| **CARTER F. DAVENPORT, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

## CERTIFICATE OF SERVICE

    This is to certify that on <u>January 25, 2008</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

                  Respectfully submitted,

                  *s/Nicholas P. Hebert*
                  _____
                  Nicholas P. Hebert - ASB-2631-038H
                  Attorneys for Defendant Nurse Shannon McKinnon
                  SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
                  2450 Valleydale Road
                  Birmingham, AL 35244
                  Telephone: (205) 967-9675
                  Facsimile: (205) 967-7563
                  E-mail: hebert@sssandf.com