IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CEDRIC DAVIS, 233423,**

    **Plaintiff,**

v.                                       Case No. 2:07-CV-1061-WHA

**CARTER DAVENPORT, et al,**

    **Defendants.**

### ANSWER OF CORRECTIONAL DEFENDANTS DAVENPORT, WRIGHT AND FOSTER

Come now the Correctional Defendants, Carter Davenport, Gerald Wright and Charles Foster, by and through counsel, Troy King, Attorney General of Alabama, and Jack Wallace, Jr., Assistant Attorney General, to file their answer to the allegations of the complaint.

The Defendants deny each and every material allegation of the complaint and demand strict proof thereof.

### AFFIRMATIVE DEFENSES

1. The Plaintiff failed to state a claim upon which relief can be granted pursuant to 42 USC §1983 or any other cause of action.

2. Defendants assert that there is no evidence to support Plaintiff's claims.

3. Defendants assert Plaintiff has failed to show there is any genuine issue of material fact in this case.

4. Defendants deny that any of Plaintiff's constitutional rights have been violated.

5. Defendants deny all material allegations not expressly admitted herein and demands strict proof thereof.

6. Defendants assert the defenses of sovereign immunity and qualified immunity.

7. Under 42 U.S.C. §1983 respondeat superior is not available to find an individual liable.

8. Defendants assert immunity pursuant to Article 1, Section 14 of the Constitution of Alabama 1901 and the Eleventh Amendment to the United States Constitution.

9. Defendants assert State discretionary immunity.

10. The Plaintiff suffered only de minimus injuries.

11. Defendants assert immunity pursuant to § 6-5-338 of the Code of Alabama.

12. The Defendants plead contributory negligence.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    /s/ *Jack Wallace, Jr.*
    Jack Wallace, Jr.
    ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of February, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same by first-class United States Mail, postage prepaid and addressed upon the following:

Cedric Davis
AIS 233423
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

                                            /s/ *Jack Wallace, Jr.*
                                            Jack Wallace, Jr.

**ADDRESS OF COUNSEL:**
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)

3