IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-1061-WKW |
| ) | |
| CARTER DAVENPORT, *et al.,* ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

On March 17, 2008, the Magistrate Judge filed a Recommendation (Doc. # 29) in this case recommending dismissal of this case for plaintiff's failure to comply with a court order. There have been no objections filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 29) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 9th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE