```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005333
Cashier ID: brobinso
Transaction Date: 06/02/2008
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CEDRICK L DAVIS
 Case/Party: D-ALM-2-07-CV-001061-001
 Amount:         $2.40
------------------------------------
CHECK
 Check/Money Order Num: 3489
 Amt Tendered:   $2.40
------------------------------------
Total Due:       $2.40
Total Tendered:  $2.40
Change Amt:      $0.00
```